914 A.2d 867

**COMMONWEALTH of Pennsylvania**

v.

**Joseph GAGNE and all Other Clients in Traffic Court of Richard Hoy**

**Appeal of the Honorable Bernice DeAngelis, Administrative Judge of the Traffic Court of Philadelphia.**

Supreme Court of Pennsylvania.

Dec. 27, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2006, the Order of the Court of Common Pleas of Philadelphia County is Vacated. "A motion for disqualification or recusal is properly directed to and decided by the jurist whose participation is challenged."

*Commonwealth v. Travaglia,* 541 Pa. 108, 144, 661 A.2d 352, 370 (1995) (*citing Goodheart v. Casey,* 523 Pa. 188, 565 A.2d 757 (1989)).